UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PATRICIA TROST, | No. 2:16-cv-02732-KJM-EFB |
|---|---|
| Plaintiff, | |
| | SECOND AMENDMENT TO THE SCHEDULING ORDER |
| NORTHBAY HEALTHCARE CORPORATION, and DOES 1 to 100, | |
| Defendants. | |

The parties jointly request (ECF No. 19) to amend dates in the pretrial scheduling order (ECF No. 15). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Expert Disclosures | January 8, 2018 | March 8, 2018 |
| Non-expert discovery cutoff | February 15, 2018 | April 16, 2018 |
| Completion of Expert Discovery | February 27, 2018 | April 27, 2018 |
| Last day to file dispositive motions | February 23, 2018 | April 23, 2018 |
| Last day to hear dispositive motions | March 23, 2018 | May 18, 2018 |
| Final Pretrial Conference | Vacated | Remains vacated |
| Trial Briefs Due | Vacated | Remains vacated |
| Trial | Vacated | Remains vacated |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 15).

IT IS SO ORDERED.

DATED: December 12, 2017.

UNITED STATES DISTRICT JUDGE

1