UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA TROST,

        Plaintiff,

    v.

NORTHBAY HEALTHCARE
CORPORATION, and DOES 1 TO 100,

        Defendant.

No.  2:16-cv-2732-KJM-EFB PS

ORDER

       Plaintiff requests the court continue her deposition, which is was noticed for March 20, 2018, and the deposition of a witness, currently scheduled for March 22, 2018, to later dates.  The only basis for her request is that she desires additional time to obtain new counsel.[1]  As for her deposition, the date has already passed and therefore her request is moot.  As for the witness' deposition, plaintiff has failed to provide any reason for why the deposition cannot proceed absent counsel.

       Accordingly, her request to continue depositions, styled as a motion for extension of time (ECF No. 24) is denied.

DATED:  March 21, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1]  This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).