1  R. BRIAN DIXON, Bar No. 076247
   bdixon@littler.com
2  LAURA E. HAYWARD, Bar No. 204014
   lhayward@littler.com
3  MICHAEL J. HUI, Bar No. 273212
   mhui@littler.com
4  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
5  San Francisco, CA  94104
   Telephone:   415.433.1940
6  Fax No.:      415.399.8490

7  Attorneys for Defendant
   NORTHBAY HEALTHCARE CORPORATION
8
   PATRICIA TROST
9  pattrost17@gmail.com
   4120 Tyrone Way
10 Carmichael, CA  95068

11 Plaintiff *In Propia Persona*

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15 PATRICIA TROST,                          Case No. 2:16-CV-02732 KJM EFB

16         Plaintiff,                       **JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CASE WITH PREJUDICE**
17    v.

18 NORTHBAY HEALTHCARE
   CORPORATION, and DOES 1 to 100,
19
           Defendant.
20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

STIP. & ORDER RE DISMISSAL OF CASE                              Case No. 2:16-CV-02732 KJM EFB

IT IS HEREBY STIPULATED by and between Plaintiff PATRICIA TROST and Defendant NORTHBAY HEALTHCARE CORPORATION, through their respective counsel of record, that, under Rule 41(a)(1)(ii), the above-captioned action on file with the above-entitled Court in Case No. 2:16-CV-02732 KJM EFB is voluntarily dismissed with prejudice in its entirety as against Defendant, each party to bear its own respective costs of suit and attorneys' fees.

Dated: April 20, 2018

*/s/ Michael J. Hui*
R. BRIAN DIXON
LAURA E. HAYWARD
MICHAEL J. HUI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NORTHBAY HEALTHCARE CORPORATION

Dated: April ___, 2018

PATRICIA TROST
Plaintiff *In Propia Persona*

//
//
//

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP. & ORDER RE DISMISSAL OF CASE    2.    Case No. 2:16-CV-02732 KJM EFB

Case 2:16-cv-02732-KJM-EFB   Document 28   Filed 04/20/18   Page 3 of 5

IT IS HEREBY STIPULATED by and between Plaintiff PATRICIA TROST and Defendant NORTHBAY HEALTHCARE CORPORATION, through their respective counsel of record, that, under Rule 41(a)(1)(ii), the above-captioned action on file with the above-entitled Court in Case No. 2:16-CV-02732 KJM EFB is voluntarily dismissed with prejudice in its entirety as against Defendant, each party to bear its own respective costs of suit and attorneys' fees.

Dated: April ___, 2018

R. BRIAN DIXON
LAURA E. HAYWARD
MICHAEL J. HUI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NORTHBAY HEALTHCARE CORPORATION

Dated: April 5, 2018

*/s/ Patricia Trost*
PATRICIA TROST
Plaintiff *In Propia Persona*

//
//
//

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP. & ORDER RE DISMISSAL OF CASE         2.         Case No. 2:16-CV-02732 KJM EFB

**[PROPOSED] ORDER**

The Court, having read and considered The Parties' Stipulation to Voluntarily Dismiss the Entire Action With Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(1)(ii), the above-captioned action on file with the above-entitled Court in Case No. 2:16-CV-02732 KJM EFB is voluntarily dismissed with prejudice in its entirety against all Defendant NORTHBAY HEALTHCARE CORPORATION, with each party to bear its own respective costs of suit and attorneys' fees.

Dated: _____, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:153472679.1 003753.1046

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

STIP. & ORDER RE DISMISSAL OF CASE        3.        Case No. 2:16-CV-02732 KJM EFB

# PROOF OF SERVICE BY MAIL

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 333 Bush Street, 34th Floor, San Francisco, CA 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On **April 20, 2018**, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CASE WITH PREJUDICE**

in a sealed envelope, postage fully paid, addressed as follows:

**Patricia Trost**
**4120 Tyrone Way**
**Carmichael, CA 95068**
**Plaintiff *In Propia Persona***

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 20, 2018**, at San Francisco, California.

JENNIFER LLEWELYN

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP. & ORDER RE DISMISSAL OF CASE    4.    Case No. 2:16-CV-02732 KJM EFB